# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| **KIWI SERVICES, INC.,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-02601-atc |
| | ) | |
| **DISASTER EQUIPMENT, INC.,** | ) | |
| | ) | |
| Respondent. | ) | |

# JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Stipulation of Dismissal, filed July 26, 2021 (ECF No. 39), and the Court having entered an Order of Dismissal (ECF No. 40),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is **DISMISSED WITH PREJUDICE**.

APPROVED:

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

July 28, 2021
Date